MAY 19 2022 AM 10:25
FILED - USDC - BPT - CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
================================================================

MIGUEL S. GIACAMAN,

                                  Plaintiff/Petitioner

- against -                            Case Number: 3:22-CV-00611-SRU

FLIGHTSTAR, INC., et al.,

                                  Defendants/Respondents.
================================================================

      COMES NOW the Plaintiff/Petitioner in this Action, Miguel S. Giacaman, being required under the laws of the United States and the State of Connecticut to effect personal service upon the Defendant/Respondent Flightstar Aviation GmbH, a company located in Germany, with an address of Am Flugplatz 3 99820 Hoerselberg-Hainich, GERMANY. So that the Plaintiff/Petitioner may be entitled to achieve service of process upon the Defendant/Respondent in the Federal Republic of Germany, in full compliance with the laws of the Federal Republic of Germany, it is now hereby

      ORDERED that Adesso Process Service, or any of its agents, be hereby appointed to act as Special Process Server in the above-captioned litigation, such that the service of process upon the Defendant/Respondent in this action may be completed successfully by the judicial authorities of the Federal Republic of Germany.

                      ENTERED                        _____