FedEx Express US Airbill Package

FedEx Tracking Number: 8145 7843 6766
Form ID No. 0215

**1 From**
Date: 5/17/22
Sender's Name: EGLET ADAMS
Phone: 702 450-5400
Company: EGLET ADAMS
Address: 400 S 7TH ST FL 4
City: LAS VEGAS   State: NV   ZIP: 89101-6914

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: United States Dist Court
Company: United States District Court of Connecticut
Address: 915 Lafayette Blvd
City: Bridgeport   State: CT   ZIP: 06604

**4 Express Package Service** *To most locations.
Next Business Day
☐ FedEx First Overnight
☐ FedEx Priority Overnight
☐ FedEx Standard Overnight
2 or 3
☐ FedEx Second business day
☐ FedEx Express Saver

**5 Packaging** *Declared value limit $500.
☒ FedEx Envelope*   ☐ FedEx Pak*   ☐ FedEx Box

**6 Special Handling and Delivery Signature Options**
☐ Saturday Delivery
☐ No Signature Required
☐ Direct Signature
Does this shipment contain dangerous goods?
☒ No   ☐ Yes As per attached Shipper's Declaration   ☐ Yes Shipper's Declaration not required.

**7 Payment** Bill to:
☒ Sender   ☐ Recipient   ☐ Third Party

0134168805

Total Packages   Total Weight _____ lbs.

Rev. Date 5/15 • Part #163134 • ©1994–2015 FedEx • PRINTED IN U.S.A. SRM

8145 7843 6766

FedEx
TRK# 0215 8145 7843 6766
SE BCCA

THU – 19 MAY AA
** 2DAY **
06604
CT-US
BDL

RT 367   7   16:30   D
FZ   6766   05.19

118938 17May2022 VGTA 56DG5/18D6/C0B8

X-RAY SCREEN